# ELECTRONIC RECORD

760-15

COA #   05-13-01213-CR                    OFFENSE:  2.02

STYLE:  Anthony Chamberlain v. The State
        of Texas                          COUNTY:  Dallas

COA DISPOSITION:      AFFIRM              TRIAL COURT:  194th Judicial District Court

DATE: 05/27/2015          Publish: NO    TC CASE #:    F-1263564-M

---

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Anthony Chamberlain v. The State
        of Texas                          CCA #:        760-15

_____APPELLANT'S_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:         _____

_____REFUSED_____                         JUDGE:        _____

DATE: __10/14/2015__                      SIGNED: _____        PC: _____

JUDGE: _____                 PUBLISH: _____       DNP: _____

---------------------------

                                          _____ MOTION FOR

                                          REHEARING IN CCA IS: _____

                                          JUDGE: _____

# ELECTRONIC RECORD